Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Kelley Moore


THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
MATTHEW T. STRUHAR (SB #293973)
matt.struhar@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant California Check Cashing Stores, LLC
(erroneously named "CALIFORNIA CHECK CASHING STORES")

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLEY MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CHECK CASHING STORES,<br><br>　　　　Defendant. | Case No.: 5:17-cv-02937-NC<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Kelley Moore and defendant California Check Cashing Stores, LLC (erroneously sued as "California Check Cashing Stores") that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: November 27, 2017   **Sagaria Law, P.C.**

By:   */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Kelley Moore

DATED: November 27, 2017   **Stoel Rivers, LLP**

By:   */s/ Thomas A. Woods*
Thomas A. Woods
Attorney for Defendant California Check Cashing Stores, LLC(erroneously named "CALIFORNIA CHECK CASHING STORES")

I, Thomas A. Woods, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing.

*/s/ Thomas A. Woods*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 27, 2017

Hon. Nathanael M. Cousins
UNITED STATES MAGISTRATE JUDGE